IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MUHAMMAD AL-AMEEN, ) | |
| f.k.a., TERRY D. RIVERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05cv1146-T |
| ) | (WO) |
| HOUSTON COUNTY JAIL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On December 9, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby adopted, it is

ORDERED and ADJUDGED as follows:

1. The plaintiff's claims against the Houston County Jail be and are hereby dismissed prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

2. The Houston County Jail be and is hereby DISMISSED as a defendant in this cause of action;

      3.      This case, with respect to the plaintiff's claims against defendants Bonin, Richardson, Moore and Moon be and are hereby REFERRED BACK to the Magistrate Judge for further proceedings.

      Done this the 3rd day of January, 2006.

                                                                      /s/ Myron H. Thompson
                                              UNITED STATES DISTRICT JUDGE